RICHARD M. OBERTO
ATTORNEY AT LAW
State Bar NO. 247285
516 W. Shaw Ave., Ste. 200
Fresno, California 93704
Telephone: (559) 221-2557

Attorney for Defendant,
Austreberto Leyva-Iniguez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>AUSTREBERTO LEYVA-INIGUEZ et al.,<br><br>*Defendant.* | NO. 1:17-CR-00205-DAD-BAM<br><br><br>WAIVER OF DEFENDANT'S PERSONAL PRESENCE PURSUANT TO FEDERAL RULES OF CRIMINAL PROCEDURE, RULE 43 (b)(3); [~~PROPOSED~~] ORDER |

**TO THE ABOVE ENTITLED COURT AND ALL PARTIES OF RECORD:**

Defendant AUSTREBERTO LEYVA-INIGUEZ ("Mr. Leyva") has been advised of his right to be personally present at all stages of the court proceedings in the above entitled action against him. Mr. Leyva hereby waives his right to be present for proceedings that involve only a conference or a hearing on a question of law pursuant to Federal Rules of Criminal Procedure, Rule 43, subdivision (b)(3).

Pursuant to this waiver, Mr. Leyva request that the Court allow his interest to be represented by the presence of his attorney, Richard M. Oberto, and he agrees that his interests shall be represented the same as if he were personally present. Mr. Leyva agrees that notice to his attorney that his personal presence is required for a proceeding at a specific time and place will be deemed notice to Mr. Leyva of the requirement of his personal presence.

DATED: 10/5/2017          /s/ Austreberto Leyva-Iniguez
                          AUSTREBERTO LEYVA-INIGUEZ
                          Defendant
                          *Original signature retained by*
                          *attorney Richard M. Oberto*


DATED: 10/5/2017          /s/ Richard M. Oberto
                          RICHARD M. OBERTO
                          Attorney for Defendant,
                          Austreberto Leyva-Iniguez
                          *Original signature retained by*
                          *attorney Richard M. Oberto*

## **ORDER**

**IT IS HEREBY ORDERED** that the personal presence of Defendant AUSTREBERTO LEYVA-INIGUEZ is not required for proceeding that involve only a conference or a hearing on a question of law pursuant to Federal Rules of Criminal Procedure, Rule 43, subdivision (b)(3).

IT IS SO ORDERED.

Dated: **October 5, 2017**                    /s/ Barbara A. McAuliffe

                                              UNITED STATES MAGISTRATE JUDGE